UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:10-CR-58-KKC

UNITED STATES OF AMERICA,                                                 PLAINTIFF

v                            **OPINION AND ORDER**

NATHAN FLERLAGE,                                                  DEFENDANT

\*\*\*\*     \*\*\*\*     \*\*\*\*     \*\*\*\*

This matter is before the Court on a second document filed by the Defendant which has been docketed as a Motion to Appoint Counsel as to Nathan Flerlage [DE 50]. Pursuant to Sixth Circuit Rule 101(a), "[t]rial counsel in criminal cases, whether retained or appointed by the district court, is responsible for the continued representation of the client on appeal unless specifically relieved by" the United State Court of Appeals for the Sixth Circuit. By order dated May 4, 2011, the Sixth Circuit granted the motion by Defendant's trial counsel to withdraw as counsel on appeal and further stated that it would appoint new counsel to represent the Defendant on appeal. The Defendant's motion appears to request the same relief from this Court, i.e., the appointment of appellate counsel, and, thus, is it hereby ORDERED that the motion [DE 50] is DENIED as moot.

Dated this 18th day of May, 2011.



Signed By:
*Karen K. Caldwell*
United States District Judge